# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2182
LT Case No. 42-2023-CF-259-A

———————————————

LEROY GARCIN HARLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

Matthew J. Metz, Public Defender, and Robert Jackson Pearce, III, Assistant Public Defender, Daytona Beach, for Appellant.

Leroy Garcin Harley, Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.

August 11, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---